IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00080-02 SOM/BMK |
| | ) | |
| Plaintiff, | ) | ORDER WITHDRAWING (PENDING |
| | ) | FURTHER BRIEFING) PORTION OF |
| vs. | ) | "ORDER REGARDING PARTIAL WAIVER |
| | ) | OF ATTORNEY-CLIENT PRIVILEGE |
| RODNEY JOSEPH, JR., | ) | WITH RESPECT TO DEFENDANT'S |
| | ) | MOTION TO SUPPRESS STATEMENT |
| Defendant. | ) | AND EVIDENCE" |
| _____ | ) | |

ORDER WITHDRAWING (PENDING FURTHER BRIEFING)
PORTION OF "ORDER REGARDING PARTIAL WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO
DEFENDANT'S MOTION TO SUPPRESS STATEMENT AND EVIDENCE"

On October 30, 2007, this court issued its Order Regarding Partial Waiver of Attorney-Client Privilege with Respect to Defendant's Motion To Suppress Statement and Evidence, 2007 WL 3254850 (D. Haw. Oct. 30, 2007). In light of further briefing that the Government will be submitting, this court withdraws portions of that order, without prejudice to reinstating those portions or amending them following review of further briefing.

The portions now withdrawn pending further consideration are (1) the sentence stating, "Only if Joseph opens the door at trial by himself testifying or by presenting evidence contrary to what Evans has stated may the Government call Evans in rebuttal and use Evans's statements to impeach Joseph's evidence," and (2) the reference to "the allowing of the use of Evans's statement by the Government in rebuttal if the defense

presents contrary evidence." The court has already discussed this matter with counsel in more than one hearing, presenting a hypothetical and referring to cases that permit even suppressed evidence to be admitted if a defendant testifies in opposition to the suppressed evidence. However, the court recognizes that the privilege issue adds a gloss not considered by those case authorities and now awaits further briefing on the issue before ruling on the admissibility at trial of privileged information. In all other respects, this court's ruling of October 30, 2007, remains unchanged.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, December 27, 2007.



       /s/ Susan Oki Mollway
       Susan Oki Mollway
       United States District Judge

United States of America v. Rodney Joseph, Jr.; Cr. No. 06-00080-02 SOM/BMK; ORDER WITHDRAWING (PENDING FURTHER BRIEFING) PORTION OF "ORDER REGARDING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION TO SUPPRESS STATEMENT AND EVIDENCE"