FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00080-02 SOM |
| | ) | |
| Plaintiff, | ) | MOTION FOR ORDER FINDING |
| | ) | WAIVER OF ATTORNEY-CLIENT |
| | ) | PRIVILEGE WITH RESPECT TO |
| vs. | ) | DEFENDANT'S INSTANT MOTION |
| | ) | UNDER 28 U.S.C. § 2255 TO |
| RODNEY JOSEPH, JR. (02) | ) | VACATE, SET ASIDE, OR CORRECT |
| | ) | SENTENCE; MEMORANDUM OF LAW; |
| Defendant. | ) | DECLARATION OF COUNSEL; |
| | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE |
| | ) | WITH RESPECT TO DEFENDANT'S |
| | ) | INSTANT MOTION; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | |

MOTION FOR ORDER FINDING WAIVER OF
ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO
DEFENDANT'S INSTANT MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Plaintiff, the United States of America, by its

undersigned counsel, hereby moves this Honorable Court to issue

the appended proposed "Order Finding Waiver of Attorney-Client

Privilege with Respect to Defendant's Instant Motion Under

28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence."

       This motion is made pursuant to Rule 12 of the Federal

Rules of Criminal Procedure, and is based upon the appended

Memorandum of Law and Declaration of Counsel, and the record and

files of this action and the underlying criminal proceeding.

       DATED: May 23, 2013, at Honolulu, Hawaii.

              Respectfully submitted,

              FLORENCE T. NAKAKUNI
              United States Attorney
              District of Hawaii


              /s/ Thomas J. Brady
              By THOMAS J. BRADY
              Assistant U.S. Attorney