IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 06-00080-02 SOM |
| ) | |
| Plaintiff, ) | ORDER FINDING WAIVER OF |
| ) | ATTORNEY-CLIENT PRIVILEGE WITH |
| vs. ) | RESPECT TO DEFENDANT'S INSTANT |
| ) | MOTION UNDER 28 U.S.C. § 2255 |
| RODNEY JOSEPH, JR., ) | TO VACATE, SET ASIDE, OR |
| ) | CORRECT SENTENCE |
| Defendant. ) | |
| _____ ) | |

## ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S INSTANT MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

Above-named Defendant has filed on April 15, 2013, in the above-referenced case, his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. Defendant has lodged in his motion a claim that Reginald Minn, Esq., Defendant's retained counsel for pretrial, trial and appellate proceedings was "ineffective" for allegedly failing to ineffectively raise an objection or appeal of the District Court's imposition of the mandatory minimum sentence of life.

The United States has moved this Court to issue an Order which finds that as a matter of law, Defendant has waived attorney-client privilege.

Good cause appearing therefor, it is hereby ordered that the above-named Defendant has waived the attorney-client privilege with respect former counsel Reginald Minn, Esq.

concerning all matters associated with Defendant's allegations in his motion to vacate, set aside, or correct sentence.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 23, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

United States v. Rodney Joseph; CR. NO. 06-00080-02 SOM
ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO
DEFENDANT'S INSTANT MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET
ASIDE, OR CORRECT SENTENCE

2