IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 06-00080 MWJS |
| Plaintiff, | ORDER OF RECUSAL |
| vs. | |
| RODNEY JOSEPH, JR., | |
| Defendant. | |

**ORDER OF RECUSAL**

To avoid the appearance of impropriety, a conflict of interest, or any reasonable question regarding my impartiality, I hereby recuse myself from any and all further proceedings in this case. This matter is returned to the Clerk's Office for reassignment.

IT IS SO ORDERED.

DATED: June 5, 2025, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge